

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2018

No. 04-18-00277-CV

Susan Rebecca **CAMMACK**,
Appellant

v.

**BANK OF AMERICA, N.A**., Chase Bank, Bank of New York Mellon, Wells Fargo Bank,
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17695B
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

On November 30, 2018, this court issued an order notifying appellant that her brief was due on November 16, 2018, and that neither the appellant's brief nor a motion for an extension of time had been filed. We ordered appellant to file, by December 10, 2018, (1) the appellant's brief and (2) a written response reasonably explaining appellant's failure to timely file the brief. We advised appellant that if she failed to file a brief and the written response by the date ordered, we may dismiss this appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(c).

On December 10, 2018, appellant filed a response to our November 30, 2018 order, but has not filed her brief. In her response, appellant explained she did not file her brief because she is waiting for a ruling on her motion to stay this appeal pending the outcome of the new trial. Our records reflect no such motion has been filed, and the purported motion appellant includes in her response does not appear to be a true and correct copy of any document on file in this appeal. Furthermore, as of appellant's last several responses, she has not filed a motion for new trial, and because the trial court signed a final judgment in September, the time to file a motion for new trial has passed. *See* TEX. R. CIV. P. 329b ("A motion for new trial, if filed, shall be filed prior to or within thirty days after the judgment or other order complained of is signed.").

We therefore **DENY** appellant's request to further delay this appeal so that she can file a motion for new trial in the trial court. We **ORDER** appellant, Susan Rebecca Cammack, to file her appellant's brief in this case by **December 28, 2018**. No further extensions will be granted. Appellant is advised that if her brief is not timely filed, this appeal will be dismissed.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2018.

KEITH E. HOTTLE,
Clerk of Court